UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A. MOORE,

                        Plaintiff,

        -against-

DOE,

                        Defendant.

25-CV-4536 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated June 5, 2025, the Court directed Plaintiff to either pay the $405.00 in fees required to bring a civil action in this court, or submit a signed application to proceed *in forma pauperis* ("IFP") and prisoner authorization. Plaintiff submitted the documents, but he did not sign the IFP application. By order dated June 27, 2025, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the IFP application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  September 3, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge